

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Israel Saenz Vasquez,                  * From the 244th District Court
                                         of Ector County,
                                         Trial Court No. C-40,636.

Vs. No. 11-18-00222-CR                 * September 20, 2018

The State of Texas,                    * Per Curiam Memorandum Opinion
                                         (Panel consists of: Bailey, C.J.;
                                         Willson, J.; and Wright, S.C.J.,
                                         sitting by assignment)
                                         (Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.